UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUSTIN ROSS KELLEY,

          Petitioner,

   v.

RONALD FRAKER,

          Respondent.

CASE NO. C12-5993 BHS-JRC

ORDER TO SHOW CAUSE

     The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from state convictions. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

     Petitioner is represented by counsel. The petition was filed November 16, 2012, but no filing fee was paid (ECF No. 1). On November 19, 2012, the Clerk's Office sent a deficiency letter to petitioner at the Clallam Bay Corrections Center. Petitioner's counsel should have received this letter electronically. Petitioner had until December 19, 2012 to pay the filing fee or

1  file a motion to proceed in forma pauperis (ECF No. 2). To date no response to the deficiency
2  letter has been received.
3       Petitioner is ordered to show cause on or before February 8, 2013 why the Court should
4  not be dismiss this action for failure to pay the filing fee or file an application to proceed in
5  forma pauperis. Petitioner may pay the filing fee or move to proceed in forma pauperis in lieu of
6  filing a response to this order.
7       Dated this 10th day of January, 2013.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2